

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2015

No. 04-15-00466-CV

Felix **LUERA**, Jr. and Bianca Luera, Individually and as Next Friend of C.I.,
Appellants

v.

**BASIC ENERGY SERVICES, INC.** and Basic Energy Services, L.P.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 13-06-52391-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Appellees' motion to defer briefing pending disposition of their motion to dismiss for lack of jurisdiction is GRANTED. All appellate deadlines are suspended pending further order from this Court.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court